IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GREGORY HUNT (#Z-521 - N-6),    *
                                      *
    Plaintiff,                *
                                      *
vs.                                   * CIVIL ACTION NO.12-00752-WS-B
                                      *
WALTER MYERS,               *
                                      *
    Defendants.           *

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Motion to Reinstate the Department of Correction (Doc. 48) is **DENIED** as futile.

**DONE** this 29th day of September, 2014.

                                             **s/WILLIAM H. STEELE**
                                             **CHIEF UNITED STATES DISTRICT JUDGE**