IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GREGORY HUNT (#Z-521 - N-6), | * |
| | * |
|     Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO.12-00752-WS-B |
| | * |
| WALTER MYERS, | * |
| | * |
|     Defendants. | * |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Motion to Reinstate the Department of Correction (Doc. 48) is **DENIED** as futile.

**DONE** this 29th day of September, 2014.

                                                  s/WILLIAM H. STEELE
                                                CHIEF UNITED STATES DISTRICT JUDGE