```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

GREGORY HUNT,                    \*
#Z-521                           \*
                                 \*
    Plaintiff,                   \*
                                 \*
vs.                              \*   CIVIL ACTION NO.12-00752-WS-B
                                 \*
WALTER MYERS,                    \*
                                 \*
    Defendants.                  \*

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 56(a).

**DONE** this **5**<sup>th</sup> day of **November, 2015.**

                              <u>s/WILLIAM H. STEELE</u>
                              **CHIEF UNITED STATES DISTRICT JUDGE**