```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

```
GREGORY HUNT,                    *
#Z-521                           *
                                 *
     Plaintiff,                  *
                                 *
vs.                              *   CIVIL ACTION NO.12-00752-WS-B
                                 *
WALTER MYERS,                    *
                                 *
     Defendants.                 *
```

### JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 56(a).

**DONE** this **5th** of **November, 2015.**

                              s/WILLIAM H. STEELE
                              CHIEF UNITED STATES DISTRICT JUDGE